UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCKINLEY ABRAM, # 069373** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0194** |
| **BURL CAIN, WARDEN** | **SECTION "T" (6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the State's response to the petition of McKinley Abram for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be REJECTED and the petition is hereby found to be timely filed.

**IT IS FURTHER ORDERED** that the State file a response to the merits of the claims raised in Abram's petition within 45 days of the Magistrate 's Order or by no later than June 4th, 2006.

New Orleans, Louisiana, this 16th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE