

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 7:52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCKINLEY ABRAM, #069373** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-194** |
| **BURL CAIN, ET AL** | **SECTION "N" (6)** |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on August 30, 2006 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that McKinley Abram's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of October 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____